

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 24, 2014

**By ECF**

The Honorable Kimba M. Wood
United States District Judge
United States District Court for the
    Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    **United States v. Greg Ryan,**
              **12 Cr. 384 (KMW)**

Dear Judge Wood:

      As discussed with Your Honor's Deputy Clerk, the parties in the above-referenced matter respectfully request that the sentencing hearing scheduled for Greg Ryan be adjourned to a time that is convenient for the Court in the afternoon on October 29, 2014. The reason for this request is to ensure the availability of the defendant and all counsel at the sentencing proceeding.

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney

        By:      /s/
                     Adam Fee
                     Assistant United States Attorney
                     (212) 637-1589
                     Adam.Fee@usdoj.gov

cc:    Christopher Flood, Esq. (by ECF)